# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA |
| v. |
| QUIDEEM WILLIS |

CRIMINAL NO. 23-353

## ORDER

**AND NOW,** this 14th day of May 2024, upon consideration of Defendant Quideem Willis's Motion to Suppress [Doc. No. 16] and the government's response thereto, and after a hearing held before the Court on April 22, 2024, and in accordance with the Court's Findings of Fact and Conclusions of Law, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**